UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARSHANT PARSHANT,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>    Respondents. | No. 1:25-cv-01968-DJC-SCR<br><br><br>ORDER |

    Petitioner is an immigration detainee representing himself in this habeas corpus action filed pursuant to 28 U.S.C. § 2241.  Based on respondents' assertion that petitioner violated the conditions of his prior conditions of release without providing any documentation to that effect, the court has determined that the interests of justice require appointing petitioner counsel at this stage of the proceedings.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Shelly Her, Courtroom Deputy for Magistrate Judge Sean Riordan via email at sher@caed.uscourts.gov who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, the court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this

1

court pursuant to Local Rule 180(b)(1).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is provisionally authorized to proceed in forma pauperis, subject to petitioner filing an application to proceed in forma pauperis by January 19, 2026.  The Clerk of Court is directed to serve petitioner with an application to proceed in forma pauperis which petitioner shall complete and return to the court.

2. Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Shelly Her, Courtroom Deputy for Magistrate Judge Sean Riordan via email at sher@caed.uscourts.gov Who shall update the docket to reflect counsel's appointment.

3. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention:  Habeas Appointment, along with a copy of the § 2241 petition and respondents' answer filed on January 5, 2026.

4. Petitioner's reply to the response is due no later than January 26, 2026 unless counsel for petitioner files a motion for an extension of time.

DATED: January 5, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2